IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT POON,

    Plaintiff,                    No. CIV S-02-2539 GEB DAD P

   vs.

STATE OF CALIFORNIA, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 24, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1

1 Neither party has filed objections to the findings and
2 recommendations.
3           The court has reviewed the file and finds the findings
4 and recommendations to be supported by the record and by the
5 magistrate judge's analysis.
6           Accordingly, IT IS HEREBY ORDERED that:
7           1.  The findings and recommendations filed June 24,
8 2005, are adopted in full;
9           2.  Defendants' October 15, 2004 motion to dismiss is
10 granted; and
11          3.  This action is dismissed without prejudice for
12 failure to exhaust available administrative remedies prior to
13 bringing this action.
14 Dated:  August 15, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge